<u>**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND**</u>

<u>**SOUTHERN DIVISION**</u>

| | |
|---|---|
| **1. LAMIN KAMARA,**<br>**2. AMINATA KAMARA (SUING FOR**<br>**HERSELF AND ON BEHALF OF**<br>**MINOR, SK)** | |
| 7603 Riverdale Rd<br>Apt. 424<br>New Carrolton, MD 20784 | Civil Action No. 8:21-cv-01005 |
| Plaintiffs | |
| v. | |
| **ALDI Inc. (Maryland)**<br>1200 N. Kirk Rd<br>Batavia, IL 60510 | JURY TRIAL DEMANDED |
| Serve: Aldi Inc. (Maryland)<br>The Corporation Trust, Inc<br>2405 York Rd., Suite 201<br>Lutherville, MD 21093-2264 | |
| Defendant | |

<u>**COMPLAINT**</u>

Plaintiffs Lamin Kamara, Aminata Kamara, and SK (hereinafter "Plaintiffs"), through their undersigned counsel, for their Complaint against Defendant Aldi, Inc. (Maryland) (hereinafter "Defendant"), allege the following:

<u>**JURISDICTION AND VENUE**</u>

1. This Court has subject matter jurisdiction over this action under 28 U.S.C. §1332(a)(1) because Plaintiff and Defendant are citizens of different states, and the amount in controversy exceeds $75,000.00.

2.  This Court has personal jurisdiction over the Defendant because the Defendant has several business offices in the State of Maryland, and the incident leading to this suit occurred in the State of Maryland.

3.  This Court has venue under 28 U.S.C. §1391(a)(2) because all or a substantial part of the events that gave rise to Plaintiffs' claims transpired in the State of Maryland, including the sale of the products that caused the Plaintiffs' injury. Further, Plaintiffs reside in the State of Maryland.

## PARTIES

4.  Plaintiffs are Citizens of Maryland, residing at 7603 Riverdale Road, Apt. 424, New Carrollton, MD 20784.

5.  Defendant, ALDI Inc. is, and at all times relevant hereto was, a citizen of the State of Illinois, with its U.S. Corporate office at 1200 N. Kirk Road, Batavia, Illinois, IL 60510[1].

## FACTUAL STATEMENTS

6.  On or about January 10, 2020, the Plaintiffs went to the 3025 Hamilton Street, Hyattsville, Maryland branch of the Defendant's store where the first Plaintiff purchased several cans of Greek Vanilla Bean Yogurt. See Exhibit A attached herewith.

7.  Unfortunately, these products willfully sold by the Defendant had expired and caused significant health problems for the Plaintiffs who were rushed to the Alexandria Hospital Emergency Department, Alexandria, Virginia and diagnosed with severe diarrhea, abdominal pain, and nausea. Initial discharge papers from the Plaintiffs' emergency room visit are hereto attached and marked Exhibit B.

8.  That the Plaintiffs reported this matter to the Hyattsville City Police who upon investigation recovered dozens of expired containers of yogurt from the Hyattsville, Maryland Aldi store

---

[1] Any reference to Defendant shall include its corporate officers and all those empowered to act as agents of the corporation either, explicitly or implicitly, or who are designed as agents under the doctrine of apparent agency. To the extent individual agents are responsible for the actions alleged in this Complaint, they are hereby incorporated by reference within the term "Defendant".

shelfs.

9. That the first and second Plaintiffs have as a direct result of the negligence of the Defendant, missed several days of work.

10. That the Plaintiffs and Minor, SK (8 years old), suffered from severe stomach cramps, intermittent diarrhea and nausea.

11. That the Plaintiffs have spent thousands of dollars in medical care and drugs as a result of the negligence of the Defendant. See Exhibit C attached. That Plaintiffs were injured by the actions of the Defendant and were possibly infected with Ecoli.

12. According to the Center for Disease Control (CDC), symptoms of Shiga toxin- producing *E. coli* (STEC) infection vary for each person, but often include severe stomach cramps, diarrhea (often bloody), and vomiting. Some people may have a fever, which usually is not very high (less than 101°F/38.5°C). Most people get better within 5 to 7 days. Some infections are very mild, but others are severe or even life-threatening.

13. Most people with a STEC infection start feeling sick 3 to 4 days after eating or drinking something that contains the bacteria. However, illnesses can start anywhere from 1 to 10 days after exposure. Sometimes with diarrhea that lasts for more than 3 days or diarrhea that is accompanied by a fever higher than 102°F, blood in the stool, or there is so much vomiting that the patient cannot keep liquids down and the patient passes very little urine.

14. That it was at a point feared that the minor, SK may have developed Hemolytic Uremic Syndrome.

15. That about 5 to 10% of people who are diagnosed with STEC infection develop a potentially life-threatening complication known as Hemolytic Uremic Syndrome (HUS). HUS develops about 7 days after symptoms first appear, when diarrhea is improving. Clues that someone is developing HUS include decreased frequency of urination, feeling very tired, and losing pink

color in cheeks and inside the lower eyelids. People with HUS should be hospitalized because their kidneys may stop working and they maydevelop other serious problems. Most people with HUS recover within a few weeks, but some suffer permanent damage or die. That luckily, HUS was  eventually ruled  out and ███ slowly regained his health.

16. That although healthy persons may consume contaminated foods without becoming ill those at increased risk for infection may become ill with listeriosisafter eating food contaminated with even a few  bacteria.

17. That according to the Center for Disease Control (CDC), an estimated 73,480 illnesses due to E. coli infections occur each year in the United States, leading to an estimated 2,168 hospitalizations and 61 deaths annually, and it is an important cause of acute renal failure in children.

## I. CAUSE OF ACTION- NEGLIGENCE, NEGLIGENCE PER SE.

The allegations contained in paragraphs 1 – 17 above, are repeated as if fully rewrittenherein.

18. The Defendant was Negligent in selling expired and contaminated, and Defendant acted intentionally and/or recklessly.

19. Defendant was negligent, wanton, careless and/or acted recklessly knowing or was in a position to know, that:

1. The Yogurt sold to the Plaintiffs had expired and was contaminated, and therefore a poison capable of causing considerable harm to the Plaintiffs.

2. The products sold by the Defendant to the Plaintiffs actually caused the Plaintiffs harm.

## II. CAUSE OF ACTION- INJURY TO PERSON

20. As a direct result of the actions of the Defendant, the Plaintiffs suffered injury.

21. **WHEREFORE**, the Plaintiffs hereby demand Judgment against the Defendant and requests, the sum of one hundred and two thousand dollars only ($102,000.00) for medical expenses, pain

and suffering and emotional distress, for all Plaintiffs. Lost wages for the First and Second

Plaintiffs. Plaintiff also demands Attorney fees and such other relief as the Court deems fair and

just.

## **JURY DEMAND**

Plaintiffs demand a jury trial on all the matter raised in the complaint.


Respectfully Submitted, this 23rd
day of  April 2021

Obineche Law Firm, LLC


    /s/
Ejike H. Obineche, Esq.
MD Bar No. 14726
6305 Ivy Lane
Suite 640
Greenbelt, MD 20770
301-479-1222 phone
301-479-1232 fax
eho@obinechelaw.com


Ike Agwuegbo Esq
Ike Agwuegbo & Co P. C.
575 Lexington Avenue, 4th Floor,
New York, N.Y. 10022
PRO HAC VICE APPLICATION
PENDING

# EXHIBIT A



VANILLA BEAN • VANILLA BEAN

INGREDIENTS: PASTEURIZED ORGANIC MILK, ORGANIC NONFAT MILK, VANILLA SYRUP (ORGANIC CANE SUGAR, WATER, ORGANIC TAPIOCA STARCH, PECTIN, NATURAL FLAVOR, ORGANIC LEMON JUICE CONCENTRATE, EXHAUSTED VANILLA BEANS), LIVE AND ACTIVE CULTURES (S. THERMOPHILUS, L. BULGARICUS, L. ACIDOPHILUS, B. LACTIS).
CONTAINS: MILK.

DIST. & SOLD EXCLUSIVELY BY: ALDI, BATAVIA, IL 60510

Certified Organic by Pro-Cert
PRODUCT OF CANADA
PLANT# CA-1582

ALDI
Twice as Nice
GUARANTEE
✓ item replaced
✓ money refunded

Discard Seal, Rinse Tub & Replace Lid
how2recycle.info
PLASTIC TUB

04116

Simply Nature.

Each of our Simply Nature products is free from over 125 artificial ingredients and preservatives. When it comes to eating well, the choice is simple. Simply Nature.

★ MILK ★
FROM COWS NOT TREATED WITH rBST*

**Nutrition Facts** (partial, left side)
⅔ cup (170g)
Calories 180
% Daily Value*
6%
15%
7%
3%
7%
11%
Added Sugars 22%
Calcium 000mg 25%
Iron 260mg 6%

4099100073294

2/8



3/18/2021
Yahoo Mail - Re: Food poisoning proof and relevant documents
Case 8:21-cv-01005-TJS   Document 2   Filed 04/27/21   Page 9 of 47





# EXHIBIT B

# AFTER VISIT SUMMARY



**Aminata Kamara**  MRN: 31097872        📅 1/12/2020  📍 Alexandria Emergency Department 703-504-3065

## Instructions

Your personalized instructions can be found at the end of this document.

 **Your medications have changed**

➔ START taking:
**dicyclomine** (BENTYL)
**loperamide** (IMODIUM)
**ondansetron** (ZOFRAN-ODT)

**Review your updated medication list below.**

 **Pick up these medications from any pharmacy with your printed prescription**
dicyclomine • loperamide • ondansetron

 **Follow up with Your regular doctor in 2 days (around 1/14/2020)**
Why: For re-evaluation

 **Follow up with Alexandria Emergency Department**
Why: If symptoms worsen
Specialty: Emergency Medicine
Contact: 4320 Seminary Road
        Alexandria Virginia 22304
        703-504-3065

## What's Next

You currently have no upcoming appointments scheduled.

## Allergies

No Known Allergies

## Today's Visit

You were seen by Irina F Brennan, MD PhD

**Reason for Visit**
Abdominal Pain

**Diagnosis**
Food poisoning

⚕ **Medications Given**
dicyclomine (BENTYL) Last given at 10:32 PM
ondansetron (ZOFRAN-ODT) Last given at 10:32 PM

**Your End of Visit Vitals**

 Blood Pressure
119/56

 Weight
69.9 kg
(154 lb)

 Temperature (Oral)
97.9 °F

 Pulse
86

 Respiration
17

 Oxygen Saturation
100%

# Your Medication List

 **dicyclomine** 10 MG capsule
Commonly known as: BENTYL
**START**

Take 1 capsule (10 mg total) by mouth every 6 (six) hours as needed (abd pain)

 **loperamide** 2 MG capsule
Commonly known as: IMODIUM
**START**

Take 1 capsule (2 mg total) by mouth 4 (four) times daily as needed for Diarrhea

 **ondansetron** 4 MG disintegrating tablet
Commonly known as: ZOFRAN-ODT
**START**

Take 1 tablet (4 mg total) by mouth every 6 (six) hours as needed for Nausea

# Instructions

Thank you for allowing us the privilege of taking care of you. Our goal is to provide you with EXCELLENT care. I hope we were able to accomplish that goal.

If there are any questions or concerns at all, we are always a resource for you.

You can contact us at the following numbers:
- **INOVA Alexandria ER**: 703-504-3065
- **INOVA Healthplex ER**: 703-797-6850

Please know that the diagnosis in the emergency department is often preliminary and a specific diagnosis cannot always be made. Every disease has a progression and may take time before it is recognized. It is very important to return to the ER or see you primary care doctor if you do not improve and especially if your symptoms worsen or change. IF YOU SENSE SOMETHING IS NOT RIGHT, DO NOT HESITATE TO RETURN TO THE ER.

**Be sure to drink plenty of fluids and take the following medicines as needed:**
- **imodium (over-the-counter)--for diarrhea**
- **bentyl--for abdominal pain**
- **zofran--for nausea**
- **tylenol--for abdominal pain**

**Please follow the BRAT diet as below.**

**What is the BRAT diet?**



If you have recently had an upset stomach or diarrhea, your doctor may suggest that you limit your diet to bland foods that won't irritate your stomach. The BRAT diet is a bland-food diet that is often recommended for adults and children. BRAT stands for Bananas, Rice, Applesauce and Toast. The BRAT diet can help you recover from an upset stomach or diarrhea for the following reasons:

   - It includes "binding" foods. These are low-fiber foods that can help make your stools firmer.

- It includes bananas, which are high in potassium and help replace nutrients your body has lost because of vomiting or diarrhea.

**When should I follow the BRAT diet?**

After you have diarrhea or vomiting, follow the BRAT diet to help your body ease back into normal eating. This diet may also help ease the nausea and vomiting some women experience during pregnancy.

You can add other bland foods to the BRAT diet. For example, you can try saltine crackers, boiled potatoes or clear soups. Don't start eating dairy products and sugary or fatty foods right away. These foods may trigger nausea or lead to more diarrhea.

**When should I avoid the BRAT diet?**

Solid foods, like those in the BRAT diet, are not recommended for adults or children who are actively vomiting. Instead, stick to clear liquids at first and wait until you can eat solid foods without vomiting. If you have been vomiting or have diarrhea, drinking an electrolyte beverage (some brand names: Pedialyte, Rehydralyte) can help protect against dehydration. Use these products according to your doctor's instructions.

**How long should I follow the BRAT diet?**

Both adults and children should follow the BRAT diet for only a short period of time because it does not provide all the elements of a healthy diet. Following the BRAT diet for too long can cause your body to become malnourished. This means you are not getting enough of many important nutrients. If your body is malnourished, it will be hard for you to get better.

You should be able to start eating a more regular diet, including fruits and vegetables, within about 24 to 48 hours after vomiting or having diarrhea.

# Referrals

Please review all referrals with your primary care provider. Not all providers take all insurance plans, so please also verify that the provider is in your plan.

# Your Emergency Care Team Included

Brennan, Irina F, MD PhD

# Special Discharge Instructions

# ⋏ Lab Results

None

# Imaging Results
None

## **Notice of Non-Discrimination**

As a recipient of federal financial assistance, Inova Health System ("Inova") does not exclude, deny benefits to, or otherwise discriminate against any person on the basis of race, color, national origin, sex, disability, or age in admission to, participation in, or receipt of the services or benefits under any of its programs or activities, whether carried out by Inova directly or through a contractor or any other entity with which Inova arranges to carry out its programs and activities.

This policy is in accordance with the provisions of Title VI of the Civil Rights Act of 1964, Section 504 of the Rehabilitation Act of 1973, the Age Discrimination Act of 1975, Section 1557 of the Affordable Care Act, and regulations of the U.S. Department of Health and Human Services issued pursuant to these statutes at 45 C.F.R. Parts 80, 84, 91 and 92, respectively.

Inova:

- Provides free aids and services to people with disabilities to communicate effectively with us, such as:
    - o Qualified sign language interpreters
    - o Written information in other formats (large print, audio, accessible electronic formats, other formats)
- Provides free language services to people whose primary language is not English, such as:
    - o Qualified interpreters
    - o Information written in other languages

If you need these services, please let our staff know of your needs for effective communication.

If you believe that Inova has failed to provide these services or discriminated in another way on the basis of race, color, national origin, age, disability, or sex, you can file a grievance by calling 703.205.2175. You can file a grievance in person or by mail, fax, or email. If you need help filing a grievance, the Patient Relations staff is available to help you.

You can also file a civil rights complaint with the U.S. Department of Health and Human Services, Office for Civil Rights, electronically through the Office for Civil Rights Complaint Portal, available at https://ocrportal.hhs.gov/ocr/portal/lobby.jsf, or by mail or phone at:

U.S. Department of Health and Human Services
200 Independence Avenue, SW
Room 509F, HHH Building
Washington, D.C. 20201 1-800-868-1019, 800-537-7697 (TDD)

Complaint forms are available at http://www.hhs.gov/ocr/office/file/index.html

# Interpreter Services are available at no cost to you.
## Please let our staff know of your needs for effective communication.

**Spanish**
Atención: Si usted habla español, tiene a su disposición servicios gratuitos de asistencia con el idioma. Por favor infórmele a nuestro personal sobre sus necesidades para lograr una comunicación efectiva.

**Korean**
알려드립니다 : 귀하가 한국어를 구사한다면 무료 언어 도움 서비스가 가능합니다. 효과적인 의사전달을 위해 필요한 것이 있다면 저희 실무자에게 알려주시기 바랍니다.

**Vietnamese**
Chú ý: Nếu quý vị nói tiếng Việt, dịch vụ hỗ trợ ngôn ngữ có sẵn miễn phí cho quý vị sử dụng. Xin vui lòng thông báo cho nhân viên biết nhu cầu của quý vị để giao tiếp hiệu quả hơn.

**Chinese**
注意：如果你說中文，可以向你提供免費語言協助服務。請讓我們的員工了解你的需求以進行有效溝通。

**Arabic**
انتباه. إذا كنت تتحدث العربية، تتوافر الخدمات المجانية للمساعدة في اللغة. يرجى إعلام فريق العمل باحتياجاتك من أجل الحصول على عملية تواصل فعالة.

**Tagalog**
Atensyon: Kung nagsasalita ka ng Tagalog, mayroong magagamit na mga libreng serbisyong tulong sa wika para sa iyo. Mangyaring ipaalam sa aming mga kawani ang iyong mga pangangailangan para sa epektibong komunikasyon.

**Farsi**
توجه: اگر به زبان فارسی صحبت می کنید، تسهیلات زبانی به صورت را بگان برای شما فراهم خواهد بود. به منظور برقراری ارتباط موثر، کارکنان ما را از نیازهای خود مطلع کنید.

**Amharic**
ትኩረት፦ አማርኛ የሚናገሩ ከሆነ ለእርስዎ የቀረበ ድጋፍ አማልጋሎቶች ከከፍያ ነጻ ይቀርባሉዎ ታል፡፡ ውጤታማ የሆነ ኮሙኒኬሽን የሚፈልጉ ከሆነ ለሰራተኞቻችን ስለፍላጎቶዎ ያሳውቁ፡፡

**Urdu**
توجہ. اگر آپ اردو بولتے ہیں تو، زبان امداد خدمات، جو آپ کو دستیاب ہیں۔ موثر مواصلات کے لیے برائے مہربانی ہمارے عملہ کو اپنی ضروریات کے بارے میں بتلا دیں۔

**French**
Attention: Si vous parlez Francais, des services d'aide linguistique vous sont proposés gratuitement. Veuillez informer notre personnel de vos besoins pour assurer une communication efficace.

**Russian**
Внимание: Если вы говорите на русском языке, для вас доступны бесплатные услуги помощи с языком. Для эффективной коммуникации, пожалуйста, дайте персоналу знать о ваших потребностях.

**Hindi**
कृपया ध्यान दें : यदि आप हिन्दी बोलते हैं, तो आपके लिए निःशुल्क भाषा सहायता सेवा उपलब्ध है। कृपया प्रभावी संचार-संपर्क हेतु अपनी आवश्यकताओं के बारे में हमारे कर्मचारियों को बताएं।

**German**
Achtung: Wenn Sie Deutsch sprechen, stehen kostenlose Service-Sprachdienstleistungen zu Ihrer Verfügung. Teilen Sie unserem Team bitte Ihre Wünsche für eine effektive Kommunikation mit.

**Bengali**
দৃষ্টি আকর্ষণ করুন : আপনি যদি বাংলা বলতে পারেন, তাহলে আপনার জন্য বিনামূল্যে ভাষা সহায়তা সেবা পাওয়া যাবে। অনুগ্রহ করে কার্যকরী যোগাযোগের জন্য আপনার প্রয়োজনীয়তার বিষয়ে আমাদের কর্মীদের জানান।

**Kru (Bassa)**
Tò Ðùǔ Nɔmɔ̀ Dyíin Cáo: Ɔ̀ jǔ ké m̀ dyi Ɓǎsɔ́ɔ̀-wùɖù (Ɓǎsɔ́ɔ̀-wùɖù) po ní, nìí, à bédé gbo-kpá-kpá ɓó wuɖu-dù kò-kò po-nyɔ̀ ɓɛ̀ bìì nɔ̀ à gbo ɓó pídyi. M̀ dyi ɖɛ ɖɔ́ mɔ̀ nɔ̀ à gbo ní, m̀ menynut ɓɛ́à kǔà-nyɔ́ ɓɛ̀ɔ́ kéɛ dyi ɖyuò, ké à ké mɔ̀ ké musɛ̀ cɛ̀ìn nɔmɔ̀ dyíin.

**Ibo**
Nrubama: O buru na i na asu Igbo, oru enyemaka asusu, n'efu, dịịrị gi. Biko mee ka ndị oru anyi mara mkpa gi maka nkwukorita ga-aga nke oma.

**Yoruba**
Akiyesi: Bi o ba nso Yoruba, awon ise iranilowo ede wa l'ofe fun o. Jowo je ki ara ibise wa mo nipa awon aini re fun ibaraenisoro ti o munadoko.


**INOVA**

# MyChart Sign Up



## MyChart – Take control of your medical records

MyChart allows you immediate, secure and confidential access to your medical records.
Patients like you who use electronic medical record receive care that is:

- *Safer* – More accurate prescriptions and less complications
- *Faster* – Renew prescriptions, Make appointments
- *Prevention Focused* – Helps physicians to stay on top of preventive
  services for you, so that you stay healthy



## Sign in using three easy steps: We've started for you!

1. Log on to inova.org/mychart or valleyhealthlink.com/mychart
2. Click on Activate Your Account to access the new member sign up page
3. Enter your unique MyChart Access Code exactly as it appears below to complete the sign-up process.
4. If you experience issues with activating your account, the information you have provided does not
   completely match our records. Please contact your provider's office or any Hospital Registration Department
   to correct the information required.

> **MyChart Access Code: 56MH3-6JFJG-84HGW**
> **Expires: 3/12/2020 10:39 PM**
> (If your code has expired, please contact us to receive a new one)

**MyChart is NOT to be used for urgent needs. For medical emergencies, dial 911**

## Questions

If you have questions please refer to the FAQs located on the MyChart home page. You can also call
1-855-694-6682 to talk to our MyChart staff.

# AFTER VISIT SUMMARY



MRN: 31097878          📅 1/12/2020  📍 Alexandria Emergency Department 703-504-3065

## Instructions

Your personalized instructions can be found at the end of this document.

 **Your medications have changed**

➡ START taking:
**dicyclomine** (BENTYL)

**loperamide** (IMODIUM A-D)

**ondansetron** (ZOFRAN-ODT)

Review your updated medication list below.

 **Pick up these medications from any pharmacy with your printed prescription**
dicyclomine • loperamide • ondansetron

 **Follow up with Your pediatrician in 2 days (around 1/14/2020)**
Why: For re-evaluation

 **Follow up with Alexandria Emergency Department**
Why: If symptoms worsen
Specialty: Emergency Medicine
Contact: 4320 Seminary Road
          Alexandria Virginia 22304
          703-504-3065

## Today's Visit

You were seen by Irina F Brennan, MD PhD

**Reason for Visit**
Abdominal Pain

**Diagnosis**
Food poisoning

 **Medications Given**
dicyclomine (BENTYL) Last given at 10:31 PM

ondansetron (ZOFRAN-ODT) Last given at 10:31 PM

**Your End of Visit Vitals**



| | Blood Pressure 115/60 | | Weight 51.6 kg (113 lb 12.8 oz) |
| | Temperature (Oral) 98.2 °F | | Pulse 78 |
| | Respiration 20 | | Oxygen Saturation 99% |

## What's Next

You currently have no upcoming appointments scheduled.

## Allergies

No Known Allergies

# Your Medication List



**dicyclomine** 10 MG capsule
Commonly known as: BENTYL

Take 1 capsule (10 mg total) by mouth every 6 (six) hours as needed (abd pain)



**loperamide** 1 MG/7.5ML Liqd
Commonly known as: IMODIUM A-D

15 ml once, then 7.5 ml after each loose stool

**ondansetron** 4 MG disintegrating tablet
Commonly known as: ZOFRAN-ODT

Take 1 tablet (4 mg total) by mouth every 6 (six) hours as needed for Nausea

# MyChart Sign Up



**MyChart – Take control of your child's medical records**
MyChart allows you immediate, secure and confidential access to your child's medical records.  Staying engaged with your child's electronic medial record allows the parent or guardian:

- *Safer* – More accurate prescriptions and less complications
- *Faster* – Renew prescriptions, Make appointments
- *Prevention Focused* – Helps physicians to stay on top of preventive
  services for you, so that you stay healthy



**To request MyChart Proxy access to your child's medical record complete ONE of the following:**
1. Complete a proxy form from your child's provider's office and return it to them.
2. Or, you can sign into YOUR MyChart, go to the Preference tab, select "Family
   Access" and complete the online request for child proxy access.

Please note the following age range limitations for MyChart below.  These age range limitations do not affect any legal right you have to access your child's record by other means. To request a paper copy of your child's record, contact your provider's office.

Once your child reaches the age of 12, you will no longer have access to your child's MyChart record.

# Instructions

Thank you for allowing us the privilege of taking care of you. Our goal is to provide you with EXCELLENT care. I hope we were able to accomplish that goal.

If there are any questions or concerns at all, we are always a resource for you.

You can contact us at the following numbers:
- **INOVA Alexandria ER**: 703-504-3065
- **INOVA Healthplex ER**: 703-797-6850

Please know that the diagnosis in the emergency department is often preliminary and a specific diagnosis cannot always be made. Every disease has a progression and may take time before it is recognized. It is very important to return to the ER or see you primary care doctor if you do not improve and especially if your symptoms worsen or change. IF YOU SENSE SOMETHING IS NOT RIGHT, DO NOT HESITATE TO RETURN TO THE ER.

**Be sure to drink plenty of fluids and take the following medicines as needed:**
- **imodium (over-the-counter)--for diarrhea**
- **bentyl--for abdominal pain**
- **zofran--for nausea**
- **tylenol--for abdominal pain**

**Please follow the BRAT diet as below.**

**What is the BRAT diet?**



If you have recently had an upset stomach or diarrhea, your doctor may suggest that you limit your diet to bland foods that won't irritate your stomach. The BRAT diet is a bland-food diet that is often recommended for adults and children. BRAT stands for Bananas, Rice, Applesauce and Toast. The BRAT diet can help you recover from an upset stomach or diarrhea for the following reasons:

   - It includes "binding" foods. These are low-fiber foods that can help make your stools firmer.

- It includes bananas, which are high in potassium and help replace nutrients your body has lost because of vomiting or diarrhea.

**When should I follow the BRAT diet?**

After you have diarrhea or vomiting, follow the BRAT diet to help your body ease back into normal eating. This diet may also help ease the nausea and vomiting some women experience during pregnancy.

You can add other bland foods to the BRAT diet. For example, you can try saltine crackers, boiled potatoes or clear soups. Don't start eating dairy products and sugary or fatty foods right away. These foods may trigger nausea or lead to more diarrhea.

**When should I avoid the BRAT diet?**

Solid foods, like those in the BRAT diet, are not recommended for adults or children who are actively vomiting. Instead, stick to clear liquids at first and wait until you can eat solid foods without vomiting. If you have been vomiting or have diarrhea, drinking an electrolyte beverage (some brand names: Pedialyte, Rehydralyte) can help protect against dehydration. Use these products according to your doctor's instructions.

**How long should I follow the BRAT diet?**

Both adults and children should follow the BRAT diet for only a short period of time because it does not provide all the elements of a healthy diet. Following the BRAT diet for too long can cause your body to become malnourished. This means you are not getting enough of many important nutrients. If your body is malnourished, it will be hard for you to get better.

You should be able to start eating a more regular diet, including fruits and vegetables, within about 24 to 48 hours after vomiting or having diarrhea.


**Food Poisoning (Peds)**

Your child has been treated for food poisoning.

Food poisoning happens when someone eats or drinks something infected with a bacteria or it has a toxin (poison) made by the bacteria. There are many different causes of food poisoning. It is usually not important to find the cause. Most cases are mild and get better very quickly.

Food poisoning symptoms often happen within 48 hours of having the contaminated food. The most common symptoms include diarrhea and possibly vomiting. Many children also have abdominal (belly) pain. They may also have fever (temperature higher than 100.4°F / 38°C).

- Some cases of food poisoning are caused by more serious infections. These could be salmonella or certain types of E. coli. Your child needs to be seen by his or her doctor if the symptoms get worse or don't improve in a few days. Infections like salmonella are a cause for concern. They can be passed to others. They can cause serious illness is small babies, the elderly and people with health problems. Most E. coli infections are not life-threatening. A certain strain can be dangerous. It is called 0157H7. In these cases your child will likely have bloody diarrhea.

It is important to keep your child hydrated. Try to feed your child his or her regular diet. This will help your child to get better faster. If your child is not able to eat regular food, try to give your child plenty of liquids.

Do not give your child any diarrhea medication unless it is prescribed by the doctor. Some over-the-counter medications can harm or even kill small children.

YOU SHOULD SEEK MEDICAL ATTENTION IMMEDIATELY FOR YOUR CHILD, EITHER HERE OR AT THE NEAREST EMERGENCY DEPARTMENT, IF ANY OF THE FOLLOWING OCCURS:
- Your child seems dehydrated. Symptoms of dehydration include a dry sticky mouth, no tears when crying, or no urine for six hours or more. If your child is an infant, the soft spot on the head (called a fontanelle) may look dented or sunken.
- Your child cannot keep food or liquid down or has vomit that is dark green or bloody.
- Your child has bloody diarrhea.
- Your child has a fever (temperature higher than 100.4°F / 38°C).
- Your child acts differently. Your child might be very tired or hard to wake up or not interested in toys or what's going on in the room.
- Your child has stomach pain that gets worse or does not improve after 24 hours.
- The diarrhea lasts for more than a week.

# Referrals

Please review all referrals with your primary care provider.  Not all providers take all insurance plans, so please also verify that the provider is in your plan.

# Your Emergency Care Team Included

Brennan, Irina F, MD PhD

# Special Discharge Instructions

# ⚕ Lab Results

**None**

# Imaging Results

None

# Notice of Non-Discrimination

As a recipient of federal financial assistance, Inova Health System ("Inova") does not exclude, deny benefits to, or otherwise discriminate against any person on the basis of race, color, national origin, sex, disability, or age in admission to, participation in, or receipt of the services or benefits under any of its programs or activities, whether carried out by Inova directly or through a contractor or any other entity with which Inova arranges to carry out its programs and activities.

This policy is in accordance with the provisions of Title VI of the Civil Rights Act of 1964, Section 504 of the Rehabilitation Act of 1973, the Age Discrimination Act of 1975, Section 1557 of the Affordable Care Act, and regulations of the U.S. Department of Health and Human Services issued pursuant to these statutes at 45 C.F.R. Parts 80, 84, 91 and 92, respectively.

Inova:
- Provides free aids and services to people with disabilities to communicate effectively with us, such as:
  - Qualified sign language interpreters
  - Written information in other formats (large print, audio, accessible electronic formats, other formats)
- Provides free language services to people whose primary language is not English, such as:
  - Qualified interpreters
  - Information written in other languages

If you need these services, please let our staff know of your needs for effective communication.

If you believe that Inova has failed to provide these services or discriminated in another way on the basis of race, color, national origin, age, disability, or sex, you can file a grievance by calling 703.205.2175. You can file a grievance in person or by mail, fax, or email. If you need help filing a grievance, the Patient Relations staff is available to help you.

You can also file a civil rights complaint with the U.S. Department of Health and Human Services, Office for Civil Rights, electronically through the Office for Civil Rights Complaint Portal, available at https://ocrportal.hhs.gov/ocr/portal/lobby.jsf, or by mail or phone at:

U.S. Department of Health and Human Services
200 Independence Avenue, SW
Room 509F, HHH Building
Washington, D.C. 20201 1-800-868-1019, 800-537-7697 (TDD)

Complaint forms are available at http://www.hhs.gov/ocr/office/file/index.html

# Interpreter Services are available at no cost to you.
## Please let our staff know of your needs for effective communication.

**Spanish**
Atención: Si usted habla español, tiene a su disposición servicios gratuitos de asistencia con el idioma. Por favor infórmele a nuestro personal sobre sus necesidades para lograr una comunicación efectiva.

**Korean**
알려드립니다: 귀하가 한국어를 구사한다면 무료 언어 도움 서비스가 가능합니다. 효과적인 의사전달을 위해 필요한 것이 있다면 저희 실무자에게 알려주시기 바랍니다.

**Vietnamese**
Chú ý: Nếu quý vị nói tiếng Việt, dịch vụ hỗ trợ ngôn ngữ có sẵn miễn phí cho quý vị sử dụng. Xin vui lòng thông báo cho nhân viên biết nhu cầu của quý vị để giao tiếp hiệu quả hơn.

**Chinese**
注意：如果你說中文，可以向你提供免費語言協助服務。請讓我們的員工了解你的需求以進行有效溝通。

**Arabic**
انتباه: إذا كنت تتحدث العربية، تتوافر الخدمات المجانية للمساعدة في اللغة. برجى إعلام فريق العمل باحتياجاتك من أجل الحصول على عملية تواصل فعالة.

**Tagalog**
Atensyon: Kung nagsasalita ka ng Tagalog, mayroong magagamit na mga libreng serbisyong tulong sa wika para sa iyo. Mangyaring ipaalam sa aming mga kawani ang iyong mga pangangailangan para sa epektibong komunikasyon.

**Farsi**
توجه: اگر به زبان فارسی صحبت می کنید، تسهیلات زبانی به صورت رایگان برای شما فراهم خواهد بود. به منظور برقراری ارتباط موثر، کارکنان ما را از نیازهای خود مطلع کنید.

**Amharic**
ትኩረት፡ አማርኛ የሚናገሩ ከሆኑ ለላቃስ የዋጋ ድጋፍ አገልግሎቶች ክከፍያ በነጻ ይዘጋጃልዎታል። ውጤታማ የሆነ ኮሙዩኒኬሽን የሚፈልጉ ከሆነ ሰራተኞቻችን እንዲያውቁ ያድርጉ።

**Urdu**
توجہ: اگر آپ اردو بولتے ہیں تو، زبان امداد خدمات، مفت میں، آپ کو دستیاب ہیں۔ موثر مواصلت کے لیے برائے مہربانی ہمارے عملہ کو اپنی ضروریات کے بارے میں بتا دیں۔

**French**
Attention: Si vous parlez Francais, des services d'aide linguistique vous sont proposés gratuitement. Veuillez informer notre personnel de vos besoins pour assurer une communication efficace.

**Russian**
Внимание: Если вы говорите на русском языке, для вас доступны бесплатные услуги помощи с языком. Для эффективной коммуникации, пожалуйста, дайте персоналу знать о ваших потребностях.

**Hindi**
कृपया ध्यान दें : यदि आप हिन्दी बोलते हैं, तो आपके लिए निःशुल्क भाषा सहायता सेवा उपलब्ध है। कृपया प्रभावी संचार-संपर्क हेतु अपनी आवश्यकताओं के बारे में हमारे कर्मचारियों को बताएं।

**German**
Achtung: Wenn Sie Deutsch sprechen, stehen kostenlose Service-Sprachdienstleistungen zu Ihrer Verfügung. Teilen Sie unserem Team bitte Ihre Wünsche für eine effektive Kommunikation mit.

**Bengali**
দৃষ্টি আকর্ষণ করুন : আপনি যদি বাংলা বলতে পারেন, তাহলে আপনার জন্য বিনামূল্যে ভাষা সহায়তা সেবা পাওয়া যাবে। অনুগ্রহ করে কার্যকরী যোগাযোগের জন্য আপনার প্রয়োজনীয়তার বিষয়ে আমাদের কর্মীদের জানান।

**Kru (Bassa)**
Tò Ðùù Nòmɔ̀ Dyììn Cáo: Ɔ̀ jǔ kéɛ́ m̀ dyi Ɓǎsɔ́ɔ̀-wùɖù (Ɓǎsɔ́ɔ̀-wùɖù) po ní, nìí, à ɓéɖé gbo-kpá-kpá ɓó wuɖu-dù kò-kò po-nyɔ̀ ɓě bii nɔ̀ à gbo ɓó pídyi. M̀ dyi ɖɛ ɖɔ̀ mɔ́ nɔ̀ à gbo ní, m̀ men̄yua ɓéɛ́ à kã̀á-nyɔ̀ ɓéɛ́ kéɛ̀ dyi dyuò, kéɛ́ á kéɛ̀ mɔ́ kéɛ́ mueję̀ cɛ̃ínɔmɔ̀ dyiín.

**Ibo**
Nrubama: O buru na i na asu Igbo, oru enyemaka asusu, n'efu, diiri gi. Biko mee ka ndi oru anyi mara mkpa gi maka nkwukorita ga-aga nke oma.

**Yoruba**
Akiyesi: Bi o ba nso Yoruba, awon ise iranlowo ede wa l'ofe fun o. Jowo je ki ara ibise wa mo nipa awon aini re fun ibaraenisoro ti o munadoko.



# AFTER VISIT SUMMARY



**Lamin Kamara**  MRN: 31097874          📅 1/12/2020  📍 Alexandria Emergency Department 703-504-3065

## Instructions

Your personalized instructions can be found at the end of this document.

 **Your medications have changed**

➡ START taking:
**dicyclomine** (BENTYL)
**loperamide** (IMODIUM)
**ondansetron** (ZOFRAN-ODT)

Review your updated medication list below.

 **Pick up these medications from any pharmacy with your printed prescription**
dicyclomine • loperamide • ondansetron

 **Follow up with your regular doctor in 2 days (around 1/14/2020)**
Why: For re-evaluation

 **Follow up with Alexandria Emergency Department**
Why: If symptoms worsen
Specialty: Emergency Medicine
Contact: 4320 Seminary Road
         Alexandria Virginia 22304
         703-504-3065

## Today's Visit

You were seen by Irina F Brennan, MD PhD

**Reason for Visit**
- Abdominal Pain
- Diarrhea

**Diagnosis**
Food poisoning

 **Medications Given**
dicyclomine (BENTYL) Last given at 10:43 PM

ondansetron (ZOFRAN-ODT) Last given at 10:43 PM

**Your End of Visit Vitals**

 Blood Pressure
**192/92**

 Weight
**136.1 kg (300 lb)**

Temperature (Oral)
**98.2 °F**

Pulse
**98**

Respiration
**16**

 Oxygen Saturation
**98%**

## What's Next

You currently have no upcoming appointments scheduled.

## Allergies

No Known Allergies

# Your Medication List



**dicyclomine** 10 MG capsule
Commonly known as: BENTYL

Take 1 capsule (10 mg total) by mouth every 6 (six) hours as needed (abd pain)



**loperamide** 2 MG capsule
Commonly known as: IMODIUM

Take 1 capsule (2 mg total) by mouth 4 (four) times daily as needed for Diarrhea



**ondansetron** 4 MG disintegrating tablet
Commonly known as: ZOFRAN-ODT

Take 1 tablet (4 mg total) by mouth every 6 (six) hours as needed for Nausea

# Instructions

Thank you for allowing us the privilege of taking care of you. Our goal is to provide you with EXCELLENT care. I hope we were able to accomplish that goal.

If there are any questions or concerns at all, we are always a resource for you.

You can contact us at the following numbers:
- **INOVA Alexandria ER**: 703-504-3065
- **INOVA Healthplex ER**: 703-797-6850

Please know that the diagnosis in the emergency department is often preliminary and a specific diagnosis cannot always be made. Every disease has a progression and may take time before it is recognized. It is very important to return to the ER or see you primary care doctor if you do not improve and especially if your symptoms worsen or change. IF YOU SENSE SOMETHING IS NOT RIGHT, DO NOT HESITATE TO RETURN TO THE ER.

**Be sure to drink plenty of fluids and take the following medicines as needed:**
- **imodium (over-the-counter)--for diarrhea**
- **bentyl--for abdominal pain**
- **zofran--for nausea**
- **tylenol--for abdominal pain**

**Please follow the BRAT diet as below.**

**What is the BRAT diet?**



If you have recently had an upset stomach or diarrhea, your doctor may suggest that you limit your diet to bland foods that won't irritate your stomach. The BRAT diet is a bland-food diet that is often recommended for adults and children. BRAT stands for Bananas, Rice, Applesauce and Toast. The BRAT diet can help you recover from an upset stomach or diarrhea for the following reasons:

 - It includes "binding" foods. These are low-fiber foods that can help make your stools firmer.

- It includes bananas, which are high in potassium and help replace nutrients your body has lost because of vomiting or diarrhea.

**When should I follow the BRAT diet?**

After you have diarrhea or vomiting, follow the BRAT diet to help your body ease back into normal eating. This diet may also help ease the nausea and vomiting some women experience during pregnancy.

You can add other bland foods to the BRAT diet. For example, you can try saltine crackers, boiled potatoes or clear soups. Don't start eating dairy products and sugary or fatty foods right away. These foods may trigger nausea or lead to more diarrhea.

**When should I avoid the BRAT diet?**

Solid foods, like those in the BRAT diet, are not recommended for adults or children who are actively vomiting. Instead, stick to clear liquids at first and wait until you can eat solid foods without vomiting. If you have been vomiting or have diarrhea, drinking an electrolyte beverage (some brand names: Pedialyte, Rehydralyte) can help protect against dehydration. Use these products according to your doctor's instructions.

**How long should I follow the BRAT diet?**

Both adults and children should follow the BRAT diet for only a short period of time because it does not provide all the elements of a healthy diet. Following the BRAT diet for too long can cause your body to become malnourished. This means you are not getting enough of many important nutrients. If your body is malnourished, it will be hard for you to get better.

You should be able to start eating a more regular diet, including fruits and vegetables, within about 24 to 48 hours after vomiting or having diarrhea.

**Food Poisoning**

You have been diagnosed with food poisoning.

Food poisoning is from eating contaminated food or drink. It may be contaminated by bacteria or the toxins (poisons) made by the bacteria. It can also be contaminated by viruses or parasites. Contamination may also be from chemicals like pesticides on fruits or vegetables. Some foods can be poisonous to humans: Certain mushrooms can cause serious problems. These include the "Death cap" (Amanita phalloides). They also include "false morels" (Gyromitra). Some exotic foods can be dangerous if not stored or prepared right. Symptoms of food poisoning often include nausea, vomiting, diarrhea and crampy abdominal pain. They sometimes include fever (temperature higher than 100.4°F / 38°C). Food poisoning symptoms often start shortly after having the contaminated food or drink. They can start as soon as 30 minutes or in a few hours. Most cases of food poisoning are not serious. The illness often runs its course in 24-48 hours.

It is important to keep yourself hydrated. You should generally avoid soda pop or drinks with caffeine as this can lead to dehydration. You should also avoid drinks that contain a lot of sugar, like apple or pear juice, as this can make your diarrhea worse. You should drink fluids like Gatorade® or Pedialyte®.

Food poisoning is treated with medicine to help nausea and diarrhea. Some patients need antibiotics. It might help to avoid eating for the next day. Instead, drink clear liquids, like water, broth, or juice that has been diluted (watered down).

Avoid large heavy meals that may make you sick to your stomach. When you start feeling better, you can eat more. You will probably feel better in a few days, but it might take up to a week.

Talk to your regular doctor if you do not feel better or you have new symptoms or concerns.

YOU SHOULD SEEK MEDICAL ATTENTION IMMEDIATELY FOR YOURSELF, EITHER HERE OR AT THE NEAREST EMERGENCY DEPARTMENT, IF ANY OF THE FOLLOWING OCCURS:
- You show signs of dehydration. Symptoms of dehydration include a dry or sticky mouth and not urinating (peeing) for six hours or more.
- You cannot keep clear liquids down or you have vomit that is dark green or bloody.
- You feel weak or dizzy at any time.
- You have bloody diarrhea.
- Your symptoms get worse at any time.
- You have stomach pain that gets worse or does not improve after 24 hours.
- You notice a rash.
- The diarrhea lasts for more than a week after starting treatment.
- You do not feel better after treatment.

If you can't follow up with your doctor, or if at any time you feel you need to be rechecked or seen again, come back here or go to the nearest emergency department.

## Referrals

Please review all referrals with your primary care provider.  Not all providers take all insurance plans, so please also verify that the provider is in your plan.

## Your Emergency Care Team Included

Brennan, Irina F, MD PhD

## Special Discharge Instructions

At least one blood pressure reading during your visit today was greater than 120/80. Per guidelines from the Centers for Medicare and Medicaid Services, you should follow-up with your primary physician for further evaluation of your blood pressure.

## ⚖ Lab Results

**None**

## Imaging Results
None

## **Notice of Non-Discrimination**

As a recipient of federal financial assistance, Inova Health System ("Inova") does not exclude, deny benefits to, or otherwise discriminate against any person on the basis of race, color, national origin, sex, disability, or age in admission to, participation in, or receipt of the services or benefits under any of its programs or activities, whether carried out by Inova directly or through a contractor or any other entity with which Inova arranges to carry out its programs and activities.

This policy is in accordance with the provisions of Title VI of the Civil Rights Act of 1964, Section 504 of the Rehabilitation Act of 1973, the Age Discrimination Act of 1975, Section 1557 of the Affordable Care Act, and regulations of the U.S. Department of Health and Human Services issued pursuant to these statutes at 45 C.F.R. Parts 80, 84, 91 and 92, respectively.

Inova:
- Provides free aids and services to people with disabilities to communicate effectively with us, such as:
  o Qualified sign language interpreters
  o Written information in other formats (large print, audio, accessible electronic formats, other formats)
- Provides free language services to people whose primary language is not English, such as:
  o Qualified interpreters
  o Information written in other languages

If you need these services, please let our staff know of your needs for effective communication.

If you believe that Inova has failed to provide these services or discriminated in another way on the basis of race, color, national origin, age, disability, or sex, you can file a grievance by calling 703.205.2175. You can file a grievance in person or by mail, fax, or email. If you need help filing a grievance, the Patient Relations staff is available to help you.

You can also file a civil rights complaint with the U.S. Department of Health and Human Services, Office for Civil Rights, electronically through the Office for Civil Rights Complaint Portal, available at https://ocrportal.hhs.gov/ocr/portal/lobby.jsf, or by mail or phone at:

U.S. Department of Health and Human Services
200 Independence Avenue, SW
Room 509F, HHH Building
Washington, D.C. 20201 1-800-868-1019, 800-537-7697 (TDD)

Complaint forms are available at http://www.hhs.gov/ocr/office/file/index.html

# Interpreter Services are available at no cost to you.
## Please let our staff know of your needs for effective communication.

**Spanish**
Atención: Si usted habla español, tiene a su disposición servicios gratuitos de asistencia con el idioma. Por favor infórmele a nuestro personal sobre sus necesidades para lograr una comunicación efectiva.

**Korean**
알려드립니다 : 귀하가 한국어를 구사한다면 무료 언어 도움 서비스가 가능합니다 효과적인 의사전달을 위해 필요한 것이 있다면 저희 실무자에게 알려주시기 바랍니다.

**Vietnamese**
Chú ý: Nếu quý vị nói tiếng Việt, dịch vụ hỗ trợ ngôn ngữ có sẵn miễn phí cho quý vị sử dụng. Xin vui lòng thông báo cho nhân viên biết nhu cầu của quý vị để giao tiếp hiệu quả hơn.

**Chinese**
注意：如果你說中文，可以向你提供免費語言協助服務。請讓我們的員工了解你的需求以進行有效溝通。

**Arabic**
انتباه: إذا كنت تتحدث العربية، تتوافر الخدمات المجانية للمساعدة في اللغة. يرجى إعلام فريق العمل باحتياجاتك من أجل الحصول على عملية تواصل فعالة.

**Tagalog**
Atensyon: Kung nagsasalita ka ng Tagalog, mayroong magagamit na mga libreng serbisyong tulong sa wika para sa iyo. Mangyaring ipaalam sa aming mga kawani ang iyong mga pangangailangan para sa epektibong komunikasyon.

**Farsi**
توجه: اگر به زبان فارسی صحبت می کنید، تسهیلات زبانی به صورت رایگان برای شما فراهم خواهد بود. به منظور برقراری ارتباط موثر، کارکنان ما را از نیازهای خود مطلع کنید.

**Amharic**
ትኩረት፦ አማርኛ የሚናገሩ ከሆነ ለእርስዎ የቋንቋ ድጋፍ አገልግሎቶች ከክፍያ ነጻ ይቀርባሉ። ውጤታማ የሆነ ኮሙኒኬሽን የሚፈልጉ ከሆነ ሰራተኞቻ አንዳያውቁ ይድርጉ።

**Urdu**
توجہ: اگر آپ اردو بولتے ہیں تو، زبان امداد خدمات، مفت میں، آپ کو دستیاب ہیں۔ موثر مواصلت کے لیے برائے مہربانی ہمارے عملہ کو اپنی ضروریات کے بارے میں بتلا دیں۔

**French**
Attention: Si vous parlez Francais, des services d'aide linguistique vous sont proposés gratuitement. Veuillez informer notre personnel de vos besoins pour assurer une communication efficace.

**Russian**
Внимание: Если вы говорите на русском языке, для вас доступны бесплатные услуги помощи с языком. Для эффективной коммуникации, пожалуйста, дайте персоналу знать о ваших потребностях.

**Hindi**
कृपया ध्यान दें : यदि आप हिन्दी बोलते हैं, तो आपके लिए निःशुल्क भाषा सहायता सेवा उपलब्ध है। कृपया प्रभावी संचार-सर्पक हेतु अपनी आवश्यकताओं के बारे में हमारे कर्मचारियों को बताएं।

**German**
Achtung: Wenn Sie Deutsch sprechen, stehen kostenlose Service-Sprachdienstleistungen zu Ihrer Verfügung. Teilen Sie unserem Team bitte Ihre Wünsche für eine effektive Kommunikation mit.

**Bengali**
দৃষ্টি আকর্ষণ করুন : আপনি যদি বাংলা বলতে পারেন, তাহলে আপনার জন্য বিনামূল্যে ভাষা সহায়তা সেবা পাওয়া যাবে। অনুগ্রহ করে কার্যকরী যোগাযোগের জন্য আপনার প্রয়োজনীয়তার বিষয়ে আমাদের কর্মীদের জানান।

**Kru (Bassa)**
Tò Ɖùù Nɔ̀mɔ̀ Dyɨ́ín Cáo: Ɔ̀ jǔ ké m̀ dyi Ɓǎsɔ́ɔ̀-wùɖù (Ɓǎsɔ́ɔ̀-wùɖù) po nì, nìí, à ɓéɖé gbo-kpá-kpá ɓó wuɖu-dù kò-kò po-nyɔ̀ ɓě bìì nɔ̀ à gbo ɓó pídyi. M̀ dyi ɖɛ ɖò mɔ́ nɔ̀ à gbo nì, m̀ me nyuɛ ɓɛ́ à kũã-nyɔ̀ ɓěɛ̀ ké dyi ɖyuɔ́, ké à kɛ̀ mɔ́ ké muɛ̀ jɛ̀ céɛ̀n nɔ̀mɔ̀ dyɨ́ín.

**Ibo**
Nrubama: O buru na i na asu Igbo, oru enyemaka asusu, n'efu, diri gi. Biko mee ka ndi oru anyi mara mkpa gi maka nkwukorita ga-aga nke oma.

**Yoruba**
Akiyesi: Bi o ba nso Yoruba, awon ise iranilowo ede wa l'ofe fun o. Jowo je ki ara ibise wa mo nipa awon aini re fun ibaraenisoro ti o munadoko.



# MyChart Sign Up



### MyChart – Take control of your medical records

MyChart allows you immediate, secure and confidential access to your medical records.
Patients like you who use electronic medical record receive care that is:

- *Safer* – More accurate prescriptions and less complications
- *Faster* – Renew prescriptions, Make appointments
- *Prevention Focused* – Helps physicians to stay on top of preventive
  services for you, so that you stay healthy



### Sign in using three easy steps: We've started for you!

1. Log on to inova.org/mychart or valleyhealthlink.com/mychart
2. Click on Activate Your Account to access the new member sign up page
3. Enter your unique MyChart Access Code exactly as it appears below to complete the sign-up process.
4. If you experience issues with activating your account, the information you have provided does not
   completely match our records. Please contact your provider's office or any Hospital Registration Department
   to correct the information required.

> **MyChart Access Code: 2TGKP-T98V5-FK625**
> **Expires: 3/12/2020 10:45 PM**
> (If your code has expired, please contact us to receive a new one)

**MyChart is NOT to be used for urgent needs. For medical emergencies, dial 911**

### Questions

If you have questions please refer to the FAQs located on the MyChart home page. You can also call
1-855-694-6682 to talk to our MyChart staff.

 **Alteon** HEALTH

| | |
|---|---|
| Guarantor Name | Lamin Kamara |
| Patient Account # | 1304618A18378 |
| Statement Date | 01/22/2020 |

# Your Account Status

We do not have your insurance information on file.  This
balance is your responsibility.

## Payment Due

# $996.00

**Pay by 02/09/2020**

## Choose a Payment Method

 **Pay Online** **Recommended**

Make a secure online payment: www.quickpayportal.com
QuickPay Code: GS63-1K4T-NT31-PFM

 **Mail Payment**

Mail your payment with the coupon below.
Make checks payable to: ALTEON HEALTH.
Please include your account # on the  check.

**Questions?**   Have a question about your balance, or need to update your insurance information
with us? Call 800-397-0302

◯ **Thank you for choosing ALTEON HEALTH**

Thank you for your prompt payment.
Our records indicate you recently visited Inova Alexandria Hospital
and received care from one of the Alteon physicians/practitioners.
Alteon Health is a partner of your hospital, but our patient
communications and billing are done separately from the hospital or
any other partner of the hospital that may have been involved in your
care. For questions, please email customer.service@alteonhealth.com
or call us between 8 am and 7 pm EST.



*detailed summary* ➤

 Detach this coupon and return with your payment.

 Alteon Health
PO BOX 14099
BELFAST ME 04915

**Pay Online At QuickPay**

**www.quickpayportal.com I QuickPay Code: GS63-1K4T-NT31-PFM**

| Due Date | Patient Account # |
|---|---|
| 02/09/2020 | 1304618A18378 |
| **Amount Due** | **Amount Enclosed** |
| **$996.00** | |

**Make checks payable: Alteon Health. Please include your account # on the
check and use the return envelope provided for faster processing.**

 LAMIN KAMARA
7603 RIVERDALE RD APT 424
NEW CARROLLTON MD  20784-3742

Alteon Health
ATTN # 23944J
PO BOX 14000
BELFAST ME  04915-4033



☐   Check box if insurance or patient information has changed.
Please indicate change on reverse side.

**Alteon Health**

| | |
|---|---|
| Guarantor Name | Lamin Kamara |
| Patient Account # | 1304618A18378 |
| Statement Date | 01/22/2020 |

# Your Account Status
We do not have your insurance information on file. This balance is your responsibility.

| | |
|---|---|
| Charges | $996.00 |
| Previous Payments & Credits | $0.00 |
| **Payment Due 02/09/2020** | **$996.00** |

---

### PROFESSIONAL FEES
Charges for services rendered by a provider, such as an examination or explanation of results.

| Patient Name | Provider Name | Service Location |
|---|---|---|
| **Lamin Kamara** | **Irina Brennan, MD** | **Alteon Health** |

| Date | Description | Charge Status | Charges | Payments/ Credits | Patient Balance |
|---|---|---|---|---|---|
| 01/12/2020 | EMERGENCY DEPT VISIT MODERATE SEVERITY | | $996.00 | | |
| | *Patient Balance - Uninsured* | | | | $996.00 |
| | **TOTAL PATIENT BALANCE** | | | | **$996.00** |

2 of 2

I21091-3138

Any dispute regarding this statement or any amounts due must be submitted in writing to:
P.O. Box 19000, Belfast, ME 04915-4085
Submitting payment in an amount less than the total on this statement shall not constitute an offer to settle any dispute, regardless of any accompanying communication.

 **Alteon** HEALTH

| | |
|---|---|
| Guarantor Name | **Lamin Kamara** |
| Patient Account # | 1304623A18378 |
| Statement Date | 01/22/2020 |

# Your Account Status
We do not have your insurance information on file.  This balance is your responsibility.

**Payment Due**

## $996.00
**Pay by 02/09/2020**

## Choose a Payment Method

 **Pay Online** Recommended

Make a secure online payment: www.quickpayportal.com
QuickPay Code: P6DL-8STK-Z5H1-PFM

 **Mail Payment**

Mail your payment with the coupon below.
Make checks payable to: ALTEON HEALTH.
Please include your account # on the  check.

**Questions?**   Have a question about your balance, or need to update your insurance information with us? Call 800-397-0302

## Thank you for choosing ALTEON HEALTH

Thank you for your prompt payment.
Our records indicate you recently visited Inova Alexandria Hospital and received care from one of the Alteon physicians/practitioners. Alteon Health is a partner of your hospital, but our patient communications and billing are done separately from the hospital or any other partner of the hospital that may have been involved in your care. For questions, please email customer.service@alteonhealth.com or call us between 8 am and 7 pm EST.

*detailed summary* ▶



Detach this coupon and return with your payment.

Alteon Health
PO BOX 14099
BELFAST ME 04915



**Pay Online At QuickPay**
**www.quickpayportal.com I QuickPay Code: P6DL-8STK-Z5H1-PFM**

| Due Date | Patient Account # |
|---|---|
| 02/09/2020 | 1304623A18378 |
| **Amount Due** | **Amount Enclosed** |
| **$996.00** | |

**Make checks payable: Alteon Health. Please include your account # on the check and use the return envelope provided for faster processing.**


LAMIN KAMARA
7603 RIVERDALE RD APT 424
NEW CARROLLTON MD  20784-3742

Alteon Health
ATTN # 23944J
PO BOX 14000
BELFAST ME  04915-4033





☐   Check box if insurance or patient information has changed.
Please indicate change on reverse side.

**Alteon Health**

| | |
|---|---|
| Guarantor Name | Lamin Kamara |
| Patient Account # | 1304623A18378 |
| Statement Date | 01/22/2020 |

# Your Account Status
We do not have your insurance information on file. This balance is your responsibility.

| | |
|---|---|
| Charges | $996.00 |
| Previous Payments & Credits | $0.00 |
| **Payment Due 02/09/2020** | **$996.00** |

## PROFESSIONAL FEES
Charges for services rendered by a provider, such as an examination or explanation of results.

| Patient Name | Provider Name | Service Location |
|---|---|---|
| ▉▉▉▉▉▉ | **Irina Brennan, MD** | **Alteon Health** |

| Date | Description | Charge Status | Charges | Payments/ Credits | Patient Balance |
|---|---|---|---|---|---|
| 01/12/2020 | EMERGENCY DEPT VISIT MODERATE SEVERITY | | $996.00 | | $996.00 |
| | *Patient Balance - Uninsured* | | | | |
| | **TOTAL PATIENT BALANCE** | | | | **$996.00** |

I21091-3140

2 of 2

Any dispute regarding this statement or any amounts due must be submitted in writing to:
P.O. Box 19000, Belfast, ME 04915-4085
Submitting payment in an amount less than the total on this statement shall not constitute an offer to settle any dispute, regardless of any accompanying communication.

# Inova Alexandria Hospital

4320 Seminary Road, Room 1530                                    703-457-7876
Alexandria, VA 22304                                         January 30, 2020

Kamara,Lamin                              Inova Alexandria Hospital
7603 Riverdale Road                       Admission Date 1/12/2020
NEW CARROLLTON, MD 20784                  Deco ID # 3056583

Dear KAMARA,LAMIN

This letter is in reference to the recent medical treatment that you received at  Inova
Alexandria Hospital. We understand that you do not have any type of insurance to pay for
the visit. We want to help you apply for Medicaid, which may cover the charges that you
incurred during your treatment at Inova Alexandria Hospital.

This is our second attempt to contact you. We are waiting for your reply to start the
application process. Inova Alexandria Hospital offers you this service TOTALLY FREE.

There is limited time to apply to these Medical Assistance programs and it has been a
while since you received medical treatment at Inova Alexandria Hospital. You should
start the application process as soon as possible. We wait for your reply in order to
assist you. Please call us at 703-457-7876.

---

Esta carta es en referencia al tratamiento  médico que recibió en el Inova Alexandria
Hospital. Entendemos que usted no tiene cobertura bajo ningún tipo de Seguro Médico.
Queremos ayudarle a aplicar a MEDICAID, que pueden cubrir los gastos incurridos durante
su tratamiento en el Inova Alexandria Hospital.

Este es nuestro segundo intento en contactarle. Solamente esperamos su respuesta para
comenzar el proceso de aplicación. El Inova Alexandria Hospital ofrece este servicio
COMPLETAMENTE GRATIS para usted.

Existe un límite de tiempo para aplicar a estos programas de Asistencia Médica y ya ha
pasado mucho tiempo desde que usted recibió su tratamiento en el Inova Alexandria
Hospital. Debe empezar los trámites lo antes posible. Esperamos su respuesta para
ayudarle. Por favor llámenos at teléfono 703-457-7876.

Sincerely (Cordialmente),

Marco Richardson
Medical Assistance Specialist
Especialista en Asistencia Médica
703-457-7876

# Inova Alexandria Hospital

**4320 Seminary Road, Room 1530**                                            **703-457-7876**
**Alexandria, VA 22304**                                                       **January 30, 2020**


████ ███                                    Inova Alexandria Hospital
7603 Riverdale Road                         Admission Date 1/12/2020
NEW CARROLLTON, MD 20784                     Deco ID # 3056584


Dear KAMARA,LAMIN

This letter is in reference to the recent medical treatment that you received at  Inova
Alexandria Hospital. We understand that you do not have any type of insurance to pay for
the visit. We want to help you apply for Medicaid, which may cover the charges that you
incurred during your treatment at Inova Alexandria Hospital.

This is our second attempt to contact you. We are waiting for your reply to start the
application process. Inova Alexandria Hospital offers you this service TOTALLY FREE.

There is limited time to apply to these Medical Assistance programs and it has been a
while since you received medical treatment at Inova Alexandria Hospital. You should
start the application process as soon as possible. We wait for your reply in order to
assist you. Please call us at 703-457-7876.

---

Esta carta es en referencia al tratamiento  médico que recibió en el Inova Alexandria
Hospital. Entendemos que usted no tiene cobertura bajo ningún tipo de Seguro Médico.
Queremos ayudarle a aplicar a MEDICAID, que pueden cubrir los gastos incurridos durante
su tratamiento en el Inova Alexandria Hospital.

Este es nuestro segundo intento en contactarle. Solamente esperamos su respuesta para
comenzar el proceso de aplicación. El Inova Alexandria Hospital ofrece este servicio
COMPLETAMENTE GRATIS para usted.

Existe un límite de tiempo para aplicar a estos programas de Asistencia Médica y ya ha
pasado mucho tiempo desde que usted recibió su tratamiento en el Inova Alexandria
Hospital. Debe empezar los trámites lo antes posible. Esperamos su respuesta para
ayudarle. Por favor llámenos at teléfono 703-457-7876.


Sincerely (Cordialmente),

Marco Richardson
Medical Assistance Specialist
Especialista en Asistencia Médica
703-457-7876

# Inova Alexandria Hospital

4320 Seminary Road, Room 1530                                      703-457-7876
Alexandria, VA 22304                                               January 30, 2020


Kamara,Aminata                                Inova Alexandria Hospital
7603 RIVERDALE RD APT 423                     Admission Date 1/12/2020
NEW CARROLLTON, MD 20784                       Deco ID # 3056582


Dear AMINATA KAMARA

This letter is in reference to the recent medical treatment that you received at  Inova
Alexandria Hospital. We understand that you do not have any type of insurance to pay for
the visit. We want to help you apply for Medicaid, which may cover the charges that you
incurred during your treatment at Inova Alexandria Hospital.

This is our second attempt to contact you. We are waiting for your reply to start the
application process. Inova Alexandria Hospital offers you this service TOTALLY FREE.

There is limited time to apply to these Medical Assistance programs and it has been a
while since you received medical treatment at Inova Alexandria Hospital. You should
start the application process as soon as possible. We wait for your reply in order to
assist you. Please call us at 703-457-7876.

Esta carta es en referencia al tratamiento  médico que recibió en el Inova Alexandria
Hospital. Entendemos que usted no tiene cobertura bajo ningún tipo de Seguro Médico.
Queremos ayudarle a aplicar a MEDICAID, que pueden cubrir los gastos incurridos durante
su tratamiento en el Inova Alexandria Hospital.

Este es nuestro segundo intento en contactarle. Solamente esperamos su respuesta para
comenzar el proceso de aplicación. El Inova Alexandria Hospital ofrece este servicio
COMPLETAMENTE GRATIS para usted.

Existe un límite de tiempo para aplicar a estos programas de Asistencia Médica y ya ha
pasado mucho tiempo desde que usted recibió su tratamiento en el Inova Alexandria
Hospital. Debe empezar los trámites lo antes posible. Esperamos su respuesta para
ayudarle. Por favor llámenos at teléfono 703-457-7876.


Sincerely (Cordialmente),

Marco Richardson
Medical Assistance Specialist
Especialista en Asistencia Médica
703-457-7876

# Inova Alexandria Hospital

---

**4320 Seminary Road, Room 1530**
**Alexandria, VA  22304**

**(866) 285-0041**
**January 14, 2020**

KAMARA, AMINATA
7603 RIVERDALE RD APT 423
NEW CARROLLTON, MD  20784

**Inova Alexandria Hospital**

Admission Date   1/12/20
Deco ID #   3056582

Dear  AMINATA KAMARA

This letter is in regard to the recent medical treatment that you received at Inova Alexandria Hospital. We understand that you do not have any type of insurance to pay for the visit.

DECO Recovery Management, LLC provides FREE ELIGIBILITY PROGRAM SERVICES to help you apply for Medicaid.

Inova Alexandria Hospital offers these services to you TOTALLY FREE.

There is limited time to apply, please contact us as soon as possible. You can call us at (866) 285-0041 to start the application process.

Again, this service is TOTALLY FREE. We look forward to helping you.

---

Esta carta es en referencia al tratamiento médico que recibió en el Inova Alexandria Hospital. Entendemos que usted no tiene cobertura bajo ningún tipo de Seguro Médico que pague por esta visita.

DECO Recovery Management, LLC quiere ayudarle a aplicar a MEDICAID, que pueden cubrir los gastos incurridos durante su tratamiento en el Inova Alexandria Hospital.

Inova Alexandria Hospital le ofrece este servicio COMPLETAMENTE GRATIS.

El tiempo para aplicar es limitado. Por favor comuníquese con nosotros lo más pronto posible. Necesita llamarnos al teléfono (866) 285-0041 para empezar el proceso de aplicación.

De nuevo, este servicio es COMPLETAMENTE GRATIS para usted. Esperamos su pronta respuesta para empezar a servirle.

Sincerely (Cordialmente),

Wanda Lopez
Medical Assistance Specialist
Especialista en Asistencia Médica
(866) 285-0041

# Inova Alexandria Hospital

**4320 Seminary Road, Room 1530**
**Alexandria, VA  22304**

**(866) 285-0041**
**January 14, 2020**

██████████
7603 Riverdale Road
NEW CARROLLTON, MD  20784

**Inova Alexandria Hospital**

Admission Date   1/12/20
Deco ID #  3056584

Dear  KAMARA,LAMIN

This letter is in regard to the recent medical treatment that you received at Inova Alexandria Hospital. We understand that you do not have any type of insurance to pay for the visit.

DECO Recovery Management, LLC provides FREE ELIGIBILITY PROGRAM SERVICES to help you apply for Medicaid.

Inova Alexandria Hospital offers these services to you TOTALLY FREE.

There is limited time to apply, please contact us as soon as possible. You can call us at (866) 285-0041 to start the application process.

Again, this service is TOTALLY FREE. We look forward to helping you.

---

Esta carta es en referencia al tratamiento médico que recibió en el Inova Alexandria Hospital. Entendemos que usted no tiene cobertura bajo ningún tipo de Seguro Médico que pague por esta visita.

DECO Recovery Management, LLC quiere ayudarle a aplicar a MEDICAID, que pueden cubrir los gastos incurridos durante su tratamiento en el Inova Alexandria Hospital.

Inova Alexandria Hospital le ofrece este servicio COMPLETAMENTE GRATIS.

El tiempo para aplicar es limitado. Por favor comuníquese con nosotros lo más pronto posible. Necesita llamarnos al teléfono (866) 285-0041 para empezar el proceso de aplicación.

De nuevo, este servicio es COMPLETAMENTE GRATIS para usted. Esperamos su pronta respuesta para empezar a servirle.

Sincerely (Cordialmente),

Wanda Lopez
Medical Assistance Specialist
Especialista en Asistencia Médica
(866) 285-0041

# Inova Alexandria Hospital

**4320 Seminary Road, Room 1530**
**Alexandria, VA  22304**

**(866) 285-0041**
**January 14, 2020**

Kamara,Lamin
7603 Riverdale Road
NEW CARROLLTON, MD  20784

**Inova Alexandria Hospital**

Admission Date   1/12/20
Deco ID #  3056583

Dear  KAMARA,LAMIN

This letter is in regard to the recent medical treatment that you received at Inova Alexandria Hospital. We understand that you do not have any type of insurance to pay for the visit.

DECO Recovery Management, LLC provides FREE ELIGIBILITY PROGRAM SERVICES to help you apply for Medicaid.

Inova Alexandria Hospital offers these services to you TOTALLY FREE.

There is limited time to apply, please contact us as soon as possible. You can call us at (866) 285-0041 to start the application process.

Again, this service is TOTALLY FREE. We look forward to helping you.

Esta carta es en referencia al tratamiento médico que recibió en el Inova Alexandria Hospital. Entendemos que usted no tiene cobertura bajo ningún tipo de Seguro Médico que pague por esta visita.

DECO Recovery Management, LLC quiere ayudarle a aplicar a MEDICAID, que pueden cubrir los gastos incurridos durante su tratamiento en el Inova Alexandria Hospital.

Inova Alexandria Hospital le ofrece este servicio COMPLETAMENTE GRATIS.

El tiempo para aplicar es limitado. Por favor comuníquese con nosotros lo más pronto posible. Necesita llamarnos al teléfono (866) 285-0041 para empezar el proceso de aplicación.

De nuevo, este servicio es COMPLETAMENTE GRATIS para usted. Esperamos su pronta respuesta para empezar a servirle.

Sincerely (Cordialmente),

Wanda Lopez
Medical Assistance Specialist
Especialista en Asistencia Médica
(866) 285-0041



Work/School Excuse Letter

# ✚ INOVA™

ALEXANDRIA HOSPITAL
ALEXANDRIA EMERGENCY DEPARTMENT
4320 SEMINARY ROAD
ALEXANDRIA VA 22304
Dept: 703-504-3065
Loc: 703-504-3000

January 12, 2020

Patient: **Lamin Kamara**
Date of Birth: **12/25/1982**
Date of Visit: **1/12/2020**

To Whom It May Concern:

Lamin Kamara was seen and treated in our facility on 1/12/2020. He may return to work full
duty on 01/17/20.

or sooner per patient's discretion.

Sincerely,

Irina F Brennan, MD PhD